**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 0:26-cv-60741-MD

LAWRENCE FELTZIN,

     Plaintiff,

v.

CAPELLI REAL ESTATE HOLDINGS LLC,
and VOLKANS BARBER SHOP, INC.,

     Defendants.

_____/

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANT, VOLKANS BARBER SHOP, INC. ONLY

Plaintiff, LAWRENCE FELTZIN, by and through his undersigned counsel, hereby gives

notice of voluntary dismissal of this action as to Defendant, VOLKANS BARBER SHOP, INC.*,*

*only* with prejudice.

Dated this April 14, 2026.

Respectfully Submitted,

**THE LAW OFFICE OF RAMON J. DIEGO, P.A.**
*Attorneys for Plaintiff*
5001 SW 74th Court, Suite 103
Miami, FL, 33155
Telephone: (305) 350-3103
Primary E-Mail: ramon@rjdiegolaw.com

By: ___*/s/_Ramon J. Diego*_____
RAMON J. DIEGO
Florida Bar No.: 689203

<u>**CERTIFICATE OF SERVICE**</u>

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via the

Court's electronic filing system upon all parties of record on April 14, 2026.

Respectfully Submitted,

**THE LAW OFFICE OF RAMON J. DIEGO, P.A.**
*Attorneys for Plaintiff*
5001 SW 74th Court, Suite 103
Miami, FL, 33155
Telephone: (305) 350-3103
Primary E-Mail: ramon@rjdiegolaw.com

By: _/s/_Ramon J. Diego_____
RAMON J. DIEGO

2