UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-60741-CIV-DAMIAN

LAWRENCE FELTZIN,

      Plaintiff,

v.

CAPELLI REAL ESTATE HOLDINGS LLC,
and VOLKANS BARBER SHOP, INC.,

      Defendant.

_____/

## ORDER OF DISMISSAL WITH PREJUDICE
## AS TO DEFENDANT VOLKANS BARBER SHOP, INC.

**THIS CAUSE** is before the Court on Plaintiff, Lawrence Feltzin's ("Plaintiff"), Notice of Voluntary Dismissal With Prejudice as to Defendant Volkans Barber Shop, Inc. only, filed on April 14, 2026. [ECF No. 10]. The Court notes Defendant has not yet filed an answer or a motion for summary judgment.

THE COURT having reviewed the Notice and being fully advised, and pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i) and (B), it is hereby

**ORDERED AND ADJUDGED** that Plaintiff's claims against Defendant Volkans Barber Shop, Inc., are **DISMISSED WITH PREJUDICE**. The case remains pending as to Defendant Capelli Real Estate Holdings LLC.

**DONE AND ORDERED** in Chambers in the Southern District of Florida this 16th day of April, 2026.

_____
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**