**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 0:26-cv-60741-MD

LAWRENCE FELTZIN,

     Plaintiff,

v.

CAPELLI REAL ESTATE HOLDINGS LLC,
and VOLKANS BARBER SHOP, INC.,

     Defendants.

_____/

## PLAINTIFF'S NOTICE OF SETTLEMENT

Plaintiff, LAWRENCE FELTZIN, hereby advises the Court that he has reached an agreement to settle the instant case with Defendant, CAPELLI REAL ESTATE HOLDINGS LLC, via their Representative. The Plaintiff will file a Voluntary Dismissal with Prejudice dismissing this Action as to this Defendant, which they reasonably expect to do no later than thirty (30) days from the date of this Notice.  Accordingly, the Plaintiff respectfully requests that the Court vacate all currently set dates and deadlines in this case as to Defendant, CAPELLI REAL ESTATE HOLDINGS LLC, only.

Respectfully submitted this April 22, 2026

**THE LAW OFFICE OF RAMON J. DIEGO,**
*Attorneys for Plaintiff*
5001 SW 74th Court, Suite 103
Miami, FL, 33155
Telephone: (305) 350-3103
Primary E-Mail: ramon@rjdiegolaw.com

By: ____/s/ Ramon J. Diego_____
RAMON J. DIEGO
Florida Bar No.: 689203

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this April 22, 2026.

**THE LAW OFFICE OF RAMON J. DIEGO, P.A.**
*Attorneys for Plaintiff*
5001 SW 74th Court, Suite 103
Miami, FL, 33155
Telephone: (305) 350-3103
Primary E-Mail: ramon@rjdiegolaw.com

By: _/s/ Ramon J. Diego_____
       RAMON J. DIEGO

2