**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 0:26-cv-60741-MD

LAWRENCE FELTZIN,

      Plaintiff,

v.

CAPELLI REAL ESTATE HOLDINGS LLC,
and VOLKANS BARBER SHOP, INC.,

      Defendants.

_____/

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, LAWRENCE FELTZIN, by and through his undersigned counsel, hereby gives notice of voluntary dismissal of this action as to Defendant, CAPELLI REAL ESTATE HOLDINGS LLC, with prejudice.

Dated this May 4, 2026.

Respectfully Submitted,

**THE LAW OFFICE OF RAMON J. DIEGO, P.A.**
*Attorneys for Plaintiff*
5001 SW 74th Court, Suite 103
Miami, FL, 33155
Telephone: (305) 350-3103
Primary E-Mail: ramon@rjdiegolaw.com

By: ____/s/_Ramon J. Diego_____
RAMON J. DIEGO
Florida Bar No.: 689203

<u>**CERTIFICATE OF SERVICE**</u>

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via the

Court's electronic filing system upon all parties of record on May 4, 2026.

Respectfully Submitted,

**THE LAW OFFICE OF RAMON J. DIEGO, P.A.**
*Attorneys for Plaintiff*
5001 SW 74th Court, Suite 103
Miami, FL, 33155
Telephone: (305) 350-3103
Primary E-Mail: ramon@rjdiegolaw.com

By: _/s/ Ramon J. Diego_____
RAMON J. DIEGO