UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-60741-CIV-DAMIAN

LAWRENCE FELTZIN,

     Plaintiff,

v.

CAPELLI REAL ESTATE HOLDINGS LLC,

     Defendant.

_____/

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** is before the Court on Plaintiff, Lawrence Feltzin's ("Plaintiff"), Notice of Voluntary Dismissal With Prejudice With Prejudice, filed on May 4, 2026. [ECF No. 15]. The Court notes Defendant has not yet filed an answer or a motion for summary judgment.

THE COURT having reviewed the Notice and being fully advised, and pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i) and (B), it is hereby

**ORDERED AND ADJUDGED** that Plaintiff's claims against Defendant, Capelli Real Estate Holdings LLC, are **DISMISSED WITH PREJUDICE**. This case is **CLOSED**.

**DONE AND ORDERED** in Chambers in the Southern District of Florida this 4th day of May, 2026.

_____
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**